UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAWN MEEKS,

    Plaintiff,

v.                                                      Case No.  8:15-cv-1460-T-24 AEP

CHRIS NOCCO, in his official capacity
as Pasco County Sheriff,

    Defendant.
_____/

## **ORDER**

    This cause comes before the Court on the parties' Joint Stipulation as to Damages.  (Doc. No. 46).  The Court has already ruled that Plaintiff has established liability as to his FLSA overtime claim in Count I of his amended complaint (Doc. No. 40) and that he is entitled to liquidated damages (Doc. No. 43).  As a result, the parties were able to stipulate to the amount of damages that Plaintiff should be awarded.  Accordingly, the Clerk is directed to enter judgment in favor of Plaintiff on Count I, and he is awarded $3,507.14 in overtime damages, as well as an additional $3,507.14 in liquidated damages.

    Given this Stipulation, the Court hereby cancels the pretrial conference that was scheduled for October 11, 2016 and directs the Clerk to close this case.  The Court retains jurisdiction to address the issues of attorneys' fees and costs.  If the parties cannot resolve these issues on their own, Plaintiff is directed to file a motion for attorneys' fees and costs by October 21, 2016.

    **DONE AND ORDERED** at Tampa, Florida, this 4th day of October, 2016.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record